UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>        Plaintiff,<br><br>  -against-<br><br>ONE FINANCE, INC., D/B/A WALMART,<br><br>        Defendant. | 24-cv-10063 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the February 21, 2025, order, this action is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 26, 2025
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge